**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50328 |
| Plaintiff - Appellee, | D.C. No. 3:11-cr-01025-JLS-1 |
| v. | |
| WILFREDO TORRES-VALENZUELA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Janis L. Sammartino, District Judge, Presiding

Submitted February 21, 2012 [**]

Before: FERNANDEZ, McKEOWN and BYBEE, Circuit Judges.

Wilfredo Torres-Valenzuela appeals the sentence imposed following his

guilty plea to being a deported alien found in the United States in violation of 8

U.S.C. § 1326. Torres-Valenzuela contends that his 30-month sentence was

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

substantively unreasonable.  In light of the totality of the circumstances and the sentencing factors set forth in 18 U.S.C. § 3553(a), the sentence at the low end of the Guidelines range was reasonable.  *See Gall v. United States*, 552 U.S. 38, 51, 128 S. Ct. 586, 169 L .Ed.2d 445 (2007).

Torres-Valenzuela's contention that *Nijhawan v. Holder*, 557 U.S. 29, 129 S. Ct. 2294, 174 L.Ed.2d 22 (2009), overruled *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S. Ct. 1219, 140 L. Ed.2d 350 (1998), is foreclosed by *United States v. Valdovinos–Mendez*, 641 F.3d 1031, 1035–36 (9th Cir. 2011).

**AFFIRMED**.